UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

JUNE 24, 2019
DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket # CR 18-0022-02(NLH)

TITLE OF CASE:

UNITED STATES OF AMERICA
vs.

JAMES LEWIS-02
    DEFENTDANT PRESENT

APPEARANCE:
Todd Gleason and Cassandra J. Barnum,
Trial Attorneys for Government.
Lori M. Koch, AFPD for Defendant.
Thomas Leakan, Supervisor U.S. Probation.

NATURE OF PROCEEDINGS: SENTENCE ON COUNT SEVEN OF THE SEVEN
COUNT INDICTMENT
SENTENCE: term of Probation 3 years with 8 months home confinement and special conditions.
FINE: $4,000.00
SPECIAL ASSESSMENT: $100.00
Defendant and counsel advised of right to appeal.
Government moved to Dismiss Counts 1, 4 and 5 of the Indictment;
Ordered Counts Dismissed.
Order to be entered.

Time commenced: 1:53 p.m.    Time Adjourned: 3:00 p.m.    Total Time: 1 hr., 07 min.

s/ Gladys Novoa
DEPUTY CLERK